UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA COLEMAN,<br><br>                Petitioner,<br><br>vs.<br><br>GWENDOLYN MITCHELL, Warden,<br><br>                Respondent. | No. 1:02-cv-06282-JKS<br><br>FINAL JUDGMENT |

The court having entered its Memorandum Decision of even date herewith disposing of all the issues raised by the Petitioner,

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED THAT** the court declines to issue a Certificate of Appealability. 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)). All federal constitutional issues properly raised in the petition were either addressed by the California Court of Appeal in its decision, and no reasonable jurist could find that the decision was "objectively unreasonable."

Dated: March 28, 2007.

                                                    s/ James K. Singleton, Jr.
                                                    JAMES K. SINGLETON, JR.
                                                    United States District Judge